# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALVIN GRIFFIN,**

        **Plaintiff,**

v.                               **Case No: 6:22-cv-1015-PGB-DAB**

**CRYSTAL LAKE SUPPORTIVE
ENVIRONMENTS, INC.,**

        **Defendant.**
_____/

## **ORDER**

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act Settlement Approval filed October 25, 2022. (Doc. 17 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 17-1 (the "**Agreement**")). Magistrate Judge David A. Baker submitted a Report recommending that the Motion be granted. (Doc. 18). Neither party has filed an objection, and the time to do so has now passed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation filed November 14, 2022 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 17) is **GRANTED**;

3. The Court **FINDS** that the parties' Agreement (Doc. 17-1) is a fair and reasonable resolution of Plaintiff's claims under the Fair Labor Standards Act;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 29, 2022.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties